# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JENNIFER HACKLER CATALDIE
INDIVIDUALLY AND ON BEHALF
OF HER MINOR DAUGHTER, J.C.

VERSUS

PALMETTO ADDICTION RECOVERY
CENTER, INC., JAY WEISS, MD,
ASAM, MICHAEL E. MCCORMICK,
MD, ASAM, JOHN BRANDON
WAITS, PH.D., WAITS
PSYCHOLOGICAL SERVICES, LLC
d/b/a LOUISIANA PSYCH AND
JENNIFER GARRETT, APRN, FNP-
C

NO. 2024 CW 1144

**FEBRUARY 28, 2025**

---

In Re:  John Brandon Waits, Ph.D and Waits Psychological
Services, LLC d/b/a Louisiana Psych, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 742,431.

---

**BEFORE:  McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

**WRIT DENIED.**

PMc
WIL
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT